U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

JUL 14 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HEATHER NICOLE SCANLAN** | *CIVIL ACTION NO. 6:15-0449 |
| VS. | *JUDGE HAIK |
| **MICHAEL NEUSTROM, ET AL** | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Rule 12(b) Motion to Dismiss and/or Rule 12(e) Motion for More Definite Statement of Defendants, Michael W. Neustrom, Individually and in his Official Capacity, Joey Graciana, Jill Birkenmier, Matthew McGinley and John Sullivan [rec. doc. 11], is **DENIED**.

**IT IS FURTHER ORDERED** that the plaintiff's claim for punitive damages is **DISMISSED**.

Lafayette, Louisiana, this 13th day of July, 2015.

Richard T. Haik
United States District Judge